# Exhibit 1

**Filed**
**D.C. Superior Court**
**08/14/2020 14:48PM**
**Clerk of the Court**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### CIVIL DIVISION

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION<br>a 501(3)(c) | * |
| 280 E. 1st Ave.<br>Broomfield, CO 80038 | * |
| | *     Case no:_____ |
| Plaintiff, |     COMPLAINT |
| v. | *     DEMAND FOR JURY TRIAL |
| THE HAIN CELESTIAL GROUP INC. | * |
| Serve on: | * |
| Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | * |
| | * |
| Defendant. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### COMPLAINT

On behalf of themselves and the general public, Plaintiff, Clean Label Project Foundation ("Clean Label Project" or "CLP"), hereinafter Plaintiff, by and through their counsel, bring this action against Defendant, The Hain Celestial Group Inc., ("Hain Celestial" or "Defendant") regarding the deceptive labeling, marketing, and sale of Earth's Best Organic Dairy Infant Formula with Iron - Milk-Based Powder (35 oz) ("Product")[1], in the District of Columbia, that was marketed as free of Bisphenol A ("BPA"). Contrary to Defendant's promises and assurances, CLP conducted independent testing and discovered the presence of BPA in the Product. Plaintiff alleges the following based upon information, belief, and the investigation of its counsel:

### Introduction

1. Due to advancements in modern science, consumer awareness of the importance of infant

---

[1] Discovery may demonstrate that additional Earth's Best products are within the scope of this Complaint. Plaintiff reserves the right to amend this complaint to include additional infant food and beverage items identified through the course of discovery.

developmental health has increased, to include D.C. consumers.

2. As a result, consumers are increasingly concerned about infant growth and development and how the products they feed their baby will affect their baby's health, particularly during the early, and most crucial, stages of development.

3. The early years of a child's life are important for later health and development. One of the main reasons is the speed at which the brain grows, starting before birth and continuing into early childhood. Although the brain continues to develop and change into adulthood, the first years can have a lasting effect on neurodevelopment.[2]

4. How well a brain develops depends on many factors in addition to genes, such as:[3]

     a.  Proper nutrition starting in pregnancy
     b.  Exposure to toxins or infections
     c.  The child's experiences with other people and the world

5. Given the concerns regarding early development and nutrition, consumers take great care in deciding what to feed their baby.

6. Many consumers make the conscious choice to feed their baby infant formula, as opposed to breast milk.

7. The rate of infant formula use is consistently associated demographic and cultural factors, with both lower socioeconomic status mothers and minority mothers disproportionately formula-feeding their infants[4].

8. Consumers are concerned about the contents of the formula they purchase and feed to their babies.

---

[2] Center for Disease Control and Prevention. *Early Brain Development and Health*, https://www.cdc.gov/ncbddd/childdevelopment/early-brain-development.html
[3] *Id.*

[4] Gibbs, B. G., & Forste, R. (2014). Socioeconomic status, infant feeding practices and early childhood obesity. Pediatric obesity, 9(2), 135-146.

9. For consumers who decide to formula feed, providing baby with the recommended amount of vitamins, nutrients, and minerals to sustain a healthy balanced diet for positive growth and development is of utmost importance.[5]

10. Of equal importance is the exclusion of any unnatural chemicals or contaminants from the infant formula.

11. In a national survey of over a thousand consumers funded by CLP, 76% of consumers agreed with the statement, "I want to buy the cleanest, best products available on the market."

12. Sixty eight percent (68%) of consumers cite residues as posing the greatest food safety risk,[6] which is the second largest concern of consumers, following only foodborne illnesses (75%).

13. Considering this focus on infant health, manufacturers have introduced onto supermarket shelves hundreds of products claiming, to be "natural," "made with natural ingredients" or "free of."[7]

14. Not surprisingly, the demand for products, including infant formulas, that provide assurances about how they are prepared and produced has increased.[8]

15. Defendant Hain Celestial knows that consumers seek out and wish to purchase infant formula that is free of harmful ingredients and healthful for their babies.

16. To capture this market, Hain Celestial advertises and promotes Earth's Best Product as "Our Closest Formula to Breast Milk."

---

[5] *Id.*

[6] Food Safety News (FSN), *Transparency Key in Quest for Consumer Confidence in Food*, (April 2020), https://www.foodsafetynews.com/2020/04/transparency-key-in-quest-for-consumer-confidence-in-food/
[7] Kawata, Amy, *Natural' foods are not always what they claim to be*, (May 22,2019), https://www.wmbfnews.com/2019/05/22/natural-foods-are-not-always-what-they-claim-be/
[8] *Id.*



**Figure 1**

17. Hain Celestial's advertises their Earth's Best Product as "wholesome" and "safe products for little

ones."

## 30 Years of Organic

From the day that Earth's Best® was founded in 1985,
we've been recognized as a brand dedicated to offering
wholesome, safe products for little ones. We believe
that babies deserve nutritious fruits handpicked from
organic orchards, vegetables grown in nature's soil, and
foods that are made without genetically engineered
ingredients.

**Figure 2**

18. In response to specific consumer concern regarding BPA, Hain Celestial makes assurances their

Earth's Best products do not contain BPA on their website:



**PACKAGING**

**Is there BPA/BPS in your product packaging?**

All our Earth's Best® products are manufactured in non-BPA packaging. The non-BPA linings of our Earth's Best® jarred food lids are
made from specially designed polyester or acrylic.

**Figure 3**

19. Defendant Hain Celestial produces a Product that is sold to Consumers through retail stores (to include within the District of Columbia), and online.

20. The claims of BPA free are false, deceptive, and misleading as the Product contains quantifiable amounts of BPA.

21. BPA is a plasticizer, a chemical added to plastic to make it more pliable.

22. BPA is not naturally occurring.

23. The presence of BPA in the Product also renders them adulterated under DC Code §48-103 *et seq.*

24. BPA is an endocrine disruptor and can cause harmful and permanent effects during the infancy and early development process where nutrition is vital.

25. Twelve states and the District of Columbia have passed some form of BPA restriction in packaging, most relating to restricting BPA in packaging for products intended for children.[9] To wit:

   a. The District of Columbia: DC ST § 8-108.01 prohibits the sale of containers containing BPA that are "designed or intended by the manufacturer to be filled with food or liquid for consumption by a child under the age of 4."[10]

   b. Delaware: 6 Del.C. § 2509 states "No manufacturer may sell or offer for sale in this State a children's product that contains bisphenol-A."[11] Defendant Hain Celestial is a Delaware corporation.

   c. Maryland: MD Code, Health - General, § 24-304 provides that "A person may not

---

[9] https://www.ncsl.org/research/environment-and-natural-resources/policy-update-on-state-restrictions-on-bisphenol-a.aspx

[10] https://code.dccouncil.us/dc/council/code/sections/8-108.01.html

[11] https://law.justia.com/codes/delaware/2018/title-6/chapter-25/subchapter-i/section-2509/

5

manufacture, knowingly sell, or distribute in commerce a container of infant formula containing more than 0.5 parts per billion of bisphenol-A"[12]

26. The Product in question is:

    a. Earth's Best Organic Dairy Infant Formula with Iron - Milk-Based Powder (35 oz)

27. Plaintiff caused to be purchased the Product for the purpose of evaluation by an ISO 17025-accredited third-party analytical chemistry laboratory. Quantitative testing performed by that laboratory indicated that the Product contained quantifiable amounts of BPA.

28. This testing suggests that the above-mentioned contaminant is present in the Product, or at a minimum, that Hain Celestial makes no efforts to confirm that it is not present in its Earth's Best Product. As a result, D.C. consumers who are led to believe that the Product is safe for their baby and free of contaminants, in fact bear the risk of purchasing products that are not free of quantities of BPA.

29. D.C. consumers are enticed to purchase this Product over the products of Earth's Best competitors on the basis of these false and misleading claims.

30. A reasonable D.C. consumer would not expect products with free of BPA claims sold in jurisdictions where BPA is prohibited in products intended for children to contain quantifiable amounts of BPA.

31. Third-party testing of over 60 infant formula products revealed that this BPA contamination was not ubiquitous to the infant formula category, reflecting unique quality control deficiencies on behalf of the Defendant.

32. Moreover, this Product is being used primarily by an already at-risk population of infants who are

---

[12] https://law.justia.com/codes/maryland/2013/health-general/title-24/subtitle-3/section-24-304/

at critical stages of development and who are more vulnerable to endocrine disruptors.

33. In sum, Defendant Hain Celestial is deceiving D.C. consumers into believing that the Product is free of BPA, when, in fact, it contains quantifiable amounts of BPA, where the majority of their competitors do not.

34. Defendant Hain Celestial's false and misleading representations and omissions, including any tendency to mislead or omit violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

35. Hain Celestial's labeling of Earth's Best and advertising of the Product tends to mislead and is materially deceptive about the true nature, quality, and ingredients of the Product, Plaintiff Clean Label Project brings this deceptive advertising cause on behalf of the themselves and the general public, and seek relief, including but not limited to, an injunction to halt Hain Celestial's false and misleading marketing and sale of Earth's Best Products.

## Jurisdiction and Venue

36. This Court has personal jurisdiction over the parties in this case. Plaintiff, by filing this Complaint, consents to this Court having personal jurisdiction over them and this matter.

37. This Court has personal jurisdiction over Defendant pursuant to D.C. Code 13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them due to the fact, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avails themselves of the laws of the District of Columbia through their marketing and sales of the Product in the District of Columbia.

38. This Court has subject matter jurisdiction over this action pursuant to D.C. Code 28-

7

3905(k)(1)(B), (k)(1)(C) and (k)(2).[13]

## Parties

39. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

40. CLP performs its work throughout the United States, including in the District of Columbia.

41. CLP uses state-of-the-art third-party accredited laboratory testing to identify the best and worst labeled products and publishes its findings using a 5-star rating system.

42. CLP was formed in 2016 with the goal of reducing contamination across all consumer products.

43. CLP has an interest in food label truth and transparency and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, thus allowing consumers to make data-based decisions.

44. In June 2019, Clean Label Project caused to be purchased the Defendant Hain Celestial's Earth's Best Product as well as other infant formula products in order to evaluate their claims of purity.

45. At all times herein Defendant Hain Celestial was a Delaware corporation that maintains its principal place of business and headquarters at 1111 Marcus Avenue, #1, Lake Success, New York, 11042.

46. Defendant markets and distributes the Product online and in retail stores in the District of Columbia and throughout the United States.

47. Upon information and belief, Defendant has caused harm to the general public of the District of

---

[13] There is no diversity jurisdiction as the amount in controversy does not exceed the federal standard.

Columbia.

48. Plaintiff, acting on behalf of the general public as private attorneys pursuant to D.C Code §28-3905(k)(1)(C)-(D).

49. Plaintiff is a non-profit organization pursuant to D.C. Code §28-3901(a)(14) and the public-interest organizations pursuant to D.C. 28-3901(a)(15). Plaintiff is a longstanding advocate of the rights of consumers, including but not limited to D.C. consumers, for truthful labeling and marketing.

## The Dangers of Bisphenol A ("BPA")

50. BPA is a chemical that is added to many commercial Products, including water bottles, paper receipts, can liners and food storage containers. It is known as an endocrine-disrupting chemical - - a chemical that interferes with the body's hormones.

51. The endocrine (hormone) system is one of the body's major routes of internal communication, and the endocrine system plays a critical role in both daily functioning as well as massive biological functions (ex. Puberty).

52. In addition to disrupting endocrine function, recent research has linked BPA to depressing heart function.[14]

53. BPA is neither naturally occurring nor an unavoidable byproduct of food processing.

54. Exposure to BPA during development can permanently alter hormone regulation and other reproductive health outcomes in exposed infants.

---

[14] Ferguson, M., Lorenzen-Schmidt, I., & Pyle, W. G. (2019). Bisphenol S rapidly depresses heart function through estrogen receptor-β and decreases phospholamban phosphorylation in a sex-dependent manner. *Scientific reports*, 9(1), 1-12.

9

55. BPA exposure during pregnancy, even at levels lower than the regulated "safe" human exposure level, can lead to altered brain development and behavior later in life.[15]

56. States that have promulgated regulations around BPA have specified that there is no safe limit for BPA.[16]

57. The Food and Drug Administration ("FDA") banned the use of BPA in baby bottles and children's drinking cups.[17]

58. The FDA's ban was in response to a request by the American Chemistry Council, that urged BPA in those products be phased out.[18]

## Factual Allegations

59. Hain Celestial is aware that there are health risks associated with the exposure to BPA.

60. Hain Celestial is also aware that consumers are concerned with the contents and ingredients of products, specifically infant formula.

61. Further, Hain Celestial is aware that the consumers who seek out infant formula are a vulnerable group of consumers to whom product contents are of a heightened importance.

62. Hain Celestial is aware consumers seek out infant formula that is healthful and free of specific contaminants.

63. Hain Celestial 's Earth's Best Product is not "free of BPA" as it contains the quantifiable amounts

---

[15] The Endocrine Society, *Exposure to low levels of BPA during pregnancy can lead to altered brain development.* (March 18, 2018) ScienceDaily. https://www.sciencedaily.com/releases/2018/03/180318144901.htm
[16] See https://oehha.ca.gov/media/downloads/crnr/fsoramendedbpawarnings120116.pdf, where OEHHA refused to establish a safe harbor for BPA when orally ingested.
[17]Tavernise, Sabrina, *F.D.A. Makes it Official: BPA Can't be Used in Baby Bottles and Cups*, The New York Times (July 17, 2012), https://www.nytimes.com/2012/07/18/science/fda-bans-bpa-from-baby-bottles-and-sippy-cups.html%20(July%2017,%202012)
[18] *Id.*

10

of BPA.

64. BPA is potentially unsafe for adults and is even more dangerous to the vulnerable market of infants and young children who consume the Product.

65. BPA is not naturally occurring and the presence of BPA in Earth's Best Organic Dairy Infant Formula with Iron - Milk-Based Powder may render it injurious to human health. DC Code §48-103 *et seq.*

**Hain Celestial's Earth's Best Marketing is Misleading and Omits Material Facts**

66. To capture the market seeking out products that are free of contaminants for health and other concerns, Hain Celestial markets its Earth's Best Product as "wholesome," "safe," and contained in "non-BPA packaging."

67. In the figure below, Earth's Best claims their products are both "safe" and made with "pure" ingredients.

## We Care for Kids of All Ages

Time-trusted and safe, we strive to provide better for baby products made with ▓▓▓ ingredients to help children grow up strong and healthy.

68. In the figure below, Earth's Best promises its Product is "Only the Best":

## Only the Best

Our growers treat their crops with care. That ensures the best ingredients for our food and ultimately the best food for your children.

**Figure 4**

69. Hain Celestial knows the importance of the quality of the Product to its consumers. Earth's Best

advertises on their website "…when you choose formula, you can feel good knowing there is an

organic choice-Earth's Best Organic."

Breast milk is the first choice for infant's growth and development, but if and when you choose formula, you can feel good knowing there is an organic choice – Earth's Best Organic®. As the first complete line of organic infant foods introduced nearly 35 years ago, the Earth's Best® brand is proud to offer a line of certified USDA organic formulas that are nutritionally complete for the first 12 months of life.

- Milk-based Formulas produced with milk from cows fed certified organic feed and not given artificial growth hormones or antibiotics
- Omega-3 DHA and Omega-6 ARA fatty acids to support brain and eye development
- Iron Fortified for healthy development
- Milk-based Formula with no added corn syrup solids
- Milk-based and Sensitivity® Formula with Lutein for eyes and prebiotic fructooligosaccharides for immunity
- Kosher Certified

**Figure 5**

70. Hain Celestial guarantees its consumers of the quality of Earth's Best Product by assuring "…a

high degree of attention to both ingredient and product quality and safety…"

## Attention to Quality

From the beginning of our farming process to the
moment when your little one tastes Earth's Best®
products, we ensure a high degree of attention to both
ingredient and product quality and safety – from
procuring, handling, storing, blending, and packaging
through distributing Earth's Best® products to our
consumer.

**Figure 6**

71. Hain Celestial also makes promises not only of the quality of Earth's Best product, but the safety

to its consumers:

### 30 Years of Organic

From the day that Earth's Best® was founded in 1985,
we've been recognized as a brand dedicated to offering
wholesome, safe products for little ones. We believe
that babies deserve nutritious fruits handpicked from
organic orchards, vegetables grown in nature's soil, and
foods that are made without genetically engineered
ingredients.

**Figure 7**

12

72. Hain Celestial further reaches consumers on its social medial platforms about Earth's Best.  On

Twitter, Earth's Best promises to "Nurture your growing baby with only the purest, natural,

organic products from Earth's Best."



**Earth's Best** 

@EarthsBest

Nurture your growing baby with only the purest,

natural and organic products from Earth's Best.

◎ U.S.  ⨠ earthsbest.com  🗓 Joined April 2012

**3,305** Following    **9,228** Followers

Tweets              Tweets & replies

**Figure 8**

73. In response to consumer concerns about the safety of the infant formula, Hain Celestial assures

consumers about Earth's Best "We test every ingredient in our products and reject ingredients

that don't meet our strict guidelines."

Tweets              Tweets & replies              Media              Likes

**Earth's Best** @EarthsBest · Oct 20, 2019                                          ⌄

@calimarcr We test every ingredient in our products and reject ingredients
that don't meet our strict guidelines. We appreciate your concern
surrounding the safety of your child's food. For more information, please call
us at 800-442-4221, Mon - Fri 9am-7pm EST.

♡              ↻              ♡ 4              ⬆

**Figure 9**

74. Hain Celestial's assurances on Earth's Best Products of pure and BPA free on their packaging,

website and marketing, give consumers a false expectation that the Product will not contain

contaminants that are harmful to infants.

13

75. Unfortunately for consumers, the Product in fact contains BPA, an endocrine-disrupting chemical that is potentially dangerous to the vulnerable consumers to whom the Product is marketed.

## The Presence of BPA in the Products

76. CLP caused to be purchased the Product for the purposes of testing in June 2019 and submitted the Product to the laboratory in August 2019.

77. In October 2019, quantitative testing was performed by an independent ISO 17025-accredited analytical chemistry laboratory on samples of the Product caused to be purchased by Plaintiff as well as over 60 other samples of infant formula.

78. The testing was conducted via a blinded methodology to fully protect impartiality. All infant formula samples, to include Defendant's Product, were sampled out into conical tubes and numbered. The Product's name and corresponding number was maintained by CLP to protect independence and confidentiality.

79. The results are in parts-per-billion (ppb).

   a. Earth's Best Organic Dairy Infant Formula with Iron - Milk-Based Powder

      i. As a result of Quantitative testing, the sample of Plaintiffs Product yielded a BPA content of 323.95ppb, which is higher than 98.5% of infant formulas tested.

## Hain Celestial Knew or Should Have Known its Representations Were False

80. Hain Celestial holds Earth's Best out to the public as a trusted source of infant formula.

81. Hain Celestial knew or should have known what representations Earth's Best made on the labels (as noted in the figures above) of the Product. Defendant Hain Celestial also knew or should have known how its Earth's Best Product was sourced, processed, and marketed.

14

82. As BPA is prohibited in infant/childhood products in 12 states, Hain Celestial should have been screening for BPA in their Earth's Best products.

83. Hain Celestial knew, or should have known, the facts demonstrating that the Earth's Best Product was mislabeled, falsely advertised, and adulterated.

84. D.C. consumers rely on label representations and marketing information in making purchase decisions.

85. Hain Celestial made false, misleading, and deceptive representations and omissions intending for D.C. consumers to rely upon those representations and omissions in purchasing the Earth's Best Product.

86. Hain Celestial knowns that D.C. consumers seek out infant formula that consumers believe to be properly formulated and not adulterated.

87. Upon information and belief, Hain Celestial has failed to remedy the problem with the Earth's Best Product, thus causing ongoing harm to D.C. consumers.

88. D.C. consumers are at risk of real, immediate, and continuing harm if the Product continues to be sold with misleading and/or deceptive representations or omissions.

89. Reasonable consumers do not expect a Product represented and advertised as infant formula to be adulterated and to contain BPA, which undermines the very purpose of the Product.

### Cause of Action Violation of the District of Columbia Consumer Protection Procedures Act

90. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), the Clean Label Project brings this claim on behalf of themselves and the general public of the District of Columbia, for Hain Celestial's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

91. Plaintiff incorporates by reference all allegations in the preceding paragraphs of this Complaint.

92. Hain Celestial advertised the Earth's Best Product as being free of BPA, when in fact the Product contains quantifiable amounts of BPA.

93. Hain Celestial adulterated the Earth's Best Product as the presence of BPA can permanently alter hormone regulation and other reproductive health outcomes in exposed infants.

94. Hain Celestial's advertising of the Earth's Best Product misrepresents, tends to mislead regarding material facts, and omits facts regarding the source, characteristics, standard, qualities, or grades that Earth's Best states and implies.

95. The Earth's Best Product lacks the characteristics, ingredients, benefits, standards, qualities, or grades that Hain Celestial states and implies.

96. Hain Celestial's misstatements, innuendo, and omissions of material fact are material and have the tendency to mislead.

97. Hain Celestial knowingly did not sell the Earth's Best Product as advertised.

98. The facts as alleged above demonstrate that Hain Celestial has violated the CPPA, D.C. Code §28-3901 *et seq.*

99. Hain Celestial conduct is unlawful trade practice "whether or not any consumer is in fact mislead, deceived or damaged thereby." D.C. Code §28-3904.

100. The Clean Label Project has a sufficient nexus to D.C. consumers of the Product to adequately represent their interests.

101. Due to the fact that Hain Celestial misrepresents the characteristics, ingredients, and benefits of the Earth's Best Product, misrepresents the standard, quality, and grade of the Product; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead

16

reasonable consumers with regard to material facts about the Product; and advertise the Product without the intent to sell the Product as advertised, and has adulterated the Product, Hain Celestial's marketing of the Product, violates D.C. Code §28-3901 *et seq.* Specifically, Hain Celestial has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

   a. represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;
   …

   d. represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another;

   e. misrepresent as to a material fact which has a tendency to mislead; …

   f. fail to state a material fact if such failure tends to mislead

      f-1. [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead; … [or]

   h. advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

102. Additionally, Hain Celestial has violated D.C. Code 28-3904 *et seq,* pursuant to the definition of "Adulterated", as defined in D.C. Code §48-103.

103. Hain Celestial is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant under D.C. Code 29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-3901(a)(7).

104. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action

17

seeking relief from the use of a trade practice in violation of a law of the District of Columbia, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or family purposes."

105. Clean Label Project (CLP) is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that caused to be purchased the Product in order to test or evaluate their qualities.

106. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

107. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

108. As set forth in this Complaint, Plaintiff was founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiff's mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiffs have previously represented District consumers in similar actions under the CPPA.

109. Plaintiff is a public-interest organization pursuant to D.C. Code §28-3905(k)(1)(D) and bring this action on behalf of members of the general public who could bring the action under D.C. Code 28-3905(k)(1)(A).

110. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

111. Plaintiff is a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiff prays for judgment against Defendant including the remedies available under

D.C. Code §28-3905(k)(2)(A-F):

A. A Declaration that Defendant's conduct is in violation of the CPPA.

B. An Order enjoining Defendant's conduct found to be in violation of the CPPA.

C. An Order requiring Defendant to provide corrective advertising to the residents of the District of Columbia that restores consumers.

D. An Order granting Plaintiff's costs and disbursements, including reasonable attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

E. Punitive damages and any such further relief as this Court may deem just and proper.

## **Jury Trial Demanded**

Plaintiff Clean Label Project hereby demands a trial by jury.

Dated: 8/14/2020

Respectfully submitted,

/s/ Travis Pittman
_____

Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff

Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD  21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com


__/S/_____

Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

CLEAN LABEL PROJECT FOUNDATION   Case Number: _____

vs   Date: 8/14/2020

THE HAIN CELESTIAL GROUP, INC.   ☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* <br> J. Travis Pittman | Relationship to Lawsuit |
|---|---|
| Firm Name: <br> Holmes Pittman & Haraguchi, LLP <br> Telephone No.:   Six digit Unified Bar No.: <br> (202) 329-3558    1016894 | ☒ Attorney for Plaintiff <br> ☐ Self (Pro Se) <br> ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☒ 12 Person Jury

Demand: $_____   Other: __Declaratory Judgment__

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____   Judge: _____   Calendar #: _____

Case No.: _____   Judge: _____   Calendar #: _____

**NATURE OF SUIT:** (Check One Box Only)

**A. CONTRACTS**   **COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
    Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
    Under $25,000 Pltf. Grants Consent
☐ 34 Insurance/Subrogation
    Dispute Collection/Class Action

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
    Over $25,000 Consent Denied
☐ 33 Insurance/Subrogation
    Under $25,000 Consent Denied

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102(a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 03 Assault and Battery
☐ 04 Automobile Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical
☐ 16 Negligence- (Not Automobile,
    Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
    Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE   IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  - (DC Code § 11-941)
- ☐ 10  Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☒ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  - (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  - Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  - Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  - Judgment [ D.C. Code §
  - 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  - 42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  - [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  - (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

/s/ Travis Pittman                    8/14/2020

Attorney's Signature                         Date

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION          *

    Plaintiff,          *

     v.          *          FILED WITH COMPLAINT

THE HAIN CELESTIAL GROUP, INC.          *

    Defendant.          *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## VERIFICATION

I, Jaclyn Bowen, verify under penalty of perjury according to the laws of the District of

Columbia that I serve as Executive Director at Clean Label Project Foundation; that I have read

the foregoing Complaint and know its contents; and that the facts stated therein are true to the best

of my knowledge, information, and belief.

   _____8/13/20_____
      Date

**Superior Court of the District of Columbia**
CIVIL DIVISION
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION
_____
Plaintiff

vs.

Case Number _____

THE HAIN CELESTIAL GROUP INC.
_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**J. Travis Pittman**
_____
Name of Plaintiff's Attorney

**P.O. Box 380, Chester, MD  21619**
_____
Address

**(202) 329-3558**
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻譯,請打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오.      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

CLEAN LABEL PROJECT FOUNDATION
_____
                                   Demandante

          contra
                                                    Número de Caso: _____

THE HAIN CELESTIAL GROUP INC.
_____
                                   Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

J. Travis Pittman                                          _SECRETARIO DEL TRIBUNAL_
_____
Nombre del abogado del Demandante

P.O. Box 380, Chester, MD  21619                 Por: _____
_____
Dirección                                                      Subsecretario

(202) 329-3558                                        Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828로 연락하십시오          ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                              Super. Ct. Civ. R. 4