# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION,<br><br>       Plaintiff,<br><br>  v.<br><br>THE HAIN CELESTIAL GROUP INC.,<br><br>       Defendant. | Case No. 1:20-cv-03154 (KBJ) |

## ERRATA

Plaintiff Clean Label Project Foundation, by and through counsel, respectfully submits the foregoing Errata, along with the attachments to correct clerical errors and add the following to ECF No. 7 filed on November 30, 2020:

1) Certificate of Service for Plaintiff's Motion to Remand to D.C. Superior Court.

2) Exhibit A with corrected cover sheet.

3) A Proposed Order as required by Local Rules of Civil Procedures 7(c).

Plaintiff received guidance from ECF case administrator this morning to file the above attachments to this Errata.

Dated: December 1, 2020.

            Respectfully submitted,

            */s/ Julie T. Oliver-Zhang*

            Julie T. Oliver-Zhang, Esquire (#997183)

**OLIVER-ZHANG LAW, PLLC**
810 New Hampshire Avenue,
NW Washington, D.C. 20037
T: (202) 643-1110
F: (202) 643-1596

_____

Kristen M. Ross, Esq. (MD Bar No. 0712120212)

**Davitt, Lalley, Dey & McHale, PC**
1971 Beltline Ave., Suite 106

Grand Rapids, MI 49525

Tel: (202) 750-0355

kristen.ross@dldmlaw.com

Attorneys for Clean Label Project (CLP)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2020, a copy of the foregoing was served via the court's electronic filing system on all counsel of record.

_____/s/_____
Julie Oliver-Zhang, Esq.