# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:20-cv-03154 |
| v. | ) |
| | ) |
| THE HAIN CELESTIAL GROUP INC., | ) The Honorable Jia M. Cobb |
| | ) |
| *Defendant*. | ) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**COMES NOW**, Plaintiff Clean Label Project Foundation ("Plaintiff"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby submit this Notice of Voluntary Dismissal, with prejudice, of all claims in this action. Each side is responsible for its attorneys' fees and costs.

Dated: April 17, 2023.

                                          Respectfully submitted,

                                          */s/ Julie T. Oliver-Zhang*
                                          Julie T. Oliver-Zhang, Esquire (#997183)
                                          OLIVER-ZHANG LAW, PLLC
                                          810 New Hampshire Avenue, NW
                                          Washington, D.C. 20037
                                          T: (202) 643-1110
                                          F: (202) 643-1596
                                          julie@oliverzhanglaw.com
                                          Lead Counsel for Clean Label Project (CLP)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

                                  */s/ Julie T. Oliver-Zhang*
                                  Julie Oliver-Zhang, Esq